UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **THIRTEEN INVESTMENT COMPANY, INC.** ) | |
| ) | |
| **Plaintiff,** ) | **State Case No.: 2019-CH-06111** |
| v. ) | (Circuit Court of Cook County) |
| ) | |
| **FOREMOST INSURANCE COMPANY** ) | |
| **GRAND RAPIDS, MICHIGAN** ) | N.D. Ill. Case No.: _____ |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

Defendant, Foremost Insurance Company Grand Rapids, Michigan ("Foremost" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), hereby files this Notice of Removal of this action from the Circuit Court of Cook County, Illinois, in which it is now pending, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice of Removal, Defendant states as follows:

1. On June 12, 2019, Plaintiff, Thirteen Investment Company, Inc. ("Thirteen" or "Plaintiff"), commenced a civil action against Defendant in the Circuit Court of Cook County, Illinois, Case Number 2019-CH-06111 (the "State Court Action").

2. The Summons and Plaintiff's Complaint were served on Defendant on June 12, 2019. A copy of the Summons and Plaintiffs' Complaint is attached hereto as Exhibit A.

## BASIS FOR FEDERAL JURISDICTION

4. This court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *See* 28 U.S.C. § 1441.

5. Removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper because it is the district and division embracing the place where the removed action was pending. 28 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

6. Plaintiff is a citizen of Illinois as it is incorporated in Illinois and has its principal place of business in Illinois.

7. Defendant is a citizen of Michigan as it is incorporated in Michigan and has its principal place of business in Michigan.

8. Complete diversity of citizenship exists between Plaintiff and Defendant.

## AMOUNT IN CONTROVERSY

9. Plaintiff's Complaint seeks a declaratory judgment and claims Defendant breached a contract of insurance by not paying any portion of Plaintiff's claim on account of fire damage occurring on May 17, 2018. Exhibit A, Plaintiff's Complaint, ¶s 12, 17 & 22. Foremost made payments totaling in excess of $155,000.00 in connection with the damage for which Plaintiff makes claim. As a result, the amount in controversy exceeds the sum required under U.S.C. § 1332 (a).

## REMOVAL PROCEDURE

10. This Notice of Removal is timely because it was filed within thirty (30) days after service of Plaintiff's initial pleading on June 12, 2019. *See* 28 U.S.C. § 1446(b)(1).

11. Promptly after filing this Notice of Removal, Defendants will provide written notice thereof to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. *See* 28 U.S.C. §1446(d).

WHEREFORE, Defendant hereby removes the State Court Action pending as Case No. 2019-CHL-06111 in the Circuit Court of Cook County, Illinois to this Honorable Court.

Dated: July 10, 2019

        DEFENDANT DEMANDS TRIAL BY JURY

        Respectfully submitted,

By:    /s/ Michael L. Foran
Michael L. Foran
Matthew P. Fortin
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
mforan@fgppr.com
mfortin@fgppr.com

*Attorney for Defendant*
*Foremost Insurance Company Grand Rapids, Michigan*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.

       /s/ Michael L. Foran
Michael L. Foran
Matthew P. Fortin
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
mforan@fgppr.com
mfortin@fgppr.com

*Attorney for Defendant*
*Foremost Insurance Company Grand Rapids, Michigan*