# EXHIBIT A

Return Date: No return date scheduled
Hearing Date: 9/13/2019 10:00 AM - 10:00 AM
Courtroom Number: 2302
Location: District 1 Court
    Cook County, IL

RECEIVED
STATE OF ILLINOIS

JUN 1 2 2019

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

FILED
6/12/2019 12:50 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH06111

5389392

| | |
|---|---|
| 2120 – Served | 2121 Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

Thirteen Investment Company Inc.

   Plaintiff,

v.

Foremost Insurance Company

   Defendant.

Case No. 2019 CH 06111

**PLEASE SERVE:**
**Foremost Insurance Company Grand Rapids Michigan**
c/o Director of Insurance
Illinois Department of Insurance
122 S. Michigan Ave., 19th Floor
Chicago, IL 60603

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the **Complaint for Declaratory Judgment** in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

Summons – Alias Summons (08 / 01 / 18 CCG 0001 B)

E-filing is now mandatory for documents in Chancery cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov / service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov / FAQ/ gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: __47074__    Witness: __6/12/2019 12:50 PM DOROTHY BROWN__

Atty Name: __John P. O'Malley__

Atty. for: __Thirteen Investment Company Inc.__

Address: __180 N. Stetson Ave., Ste. 3700__

DOROTHY BROWN, Clerk of Court

City: __Chicago__    Date of Service: _____
(To be inserted by officer on copy left with
State: __Illinois__  Zip: __60601__    Defendant or other person)

Telephone: __(312) 565-2400__

Primary Email: __jomalley@srcattorneys.com__

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ( ) Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- ( ) District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- ( ) District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ( ) District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- ( ) District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ( ) District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- ( ) Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- ( ) Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- ( ) Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- ( ) Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- (✗) Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ( ) Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

FILED DATE: 6/12/2019 12:50 PM   2019CH06111

RECEIVED
STATE OF ILLINOIS
JUN 1 2 2019 *RAP 2:26pm*
DEPT. OF INSURANCE
CHICAGO, ILLINOIS

Hearing Date: 9/13/2019 10:00 AM - 10:00 AM
Courtroom Number: 2302
Location: District 1 Court
Cook County, IL

FILED
5/16/2019 4:14 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH06111

5086007

FILED DATE: 5/16/2019 4:14 PM 2019CH06111

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

Thirteen Investment Company Inc. )
)
    Plaintiff, )
)
v. )  Case No. 2019CH06111
)
Foremost Insurance Company )
)
    Defendant. )

## COMPLAINT FOR DECLARATORY JUDGMENT

NOW COMES Plaintiff, Thirteen Investment Company Inc. ("The Insured"), by and through its attorneys, Schuyler Roche & Crisham, PC, and for its Complaint against the Defendant, Foremost Insurance Company ("Foremost") states, as follows:

### INTRODUCTION – PARTIES AND VENUE

1. This is an action for breach of contract of insurance and for declaratory relief establishing the coverage obligations of Foremost with respect to losses suffered by the Plaintiff. On May 17, 2018, the Plaintiff suffered losses to its insured property as a result of a fire that caused extensive damage at a premises located at 3634 Euclid Ave, Berwyn, Illinois. Foremost has failed to fulfill its coverage obligation to the Plaintiff with respect to the Plaintiff's losses from this occurrence.

2. The Plaintiff's property was covered under an insurance policy issued by Foremost providing for coverage in the event of fire and resulting property damage.

3. Plaintiff has not received any proceeds covering Plaintiff's extensive covered losses.

Doc:283161

4. Accordingly, Foremost has breached its policy.

5. 3634 Euclid Ave, Berwyn, Illinois was a residence owned by the insured and covered by a policy of insurance issued by foremost at the time of the fire. ("the Insured Premises").

6. Upon information and belief, Defendant, Foremost, is an insurance company licensed to issue insurance in Illinois.

7. Venue is proper in this court because the policy was issued in Cook County, and insuring premises located in Chicago, Cook County, Illinois.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8. Foremost issued a policy effective for the Insured Premises, bearing policy number 381-0091951419-01 ("the Policy").

9. The Declarations of the Foremost policy is attached as Exhibit A.

10. The policy provided that Foremost would pay Plaintiff for direct physical loss of or damage to the building, personal property, and other property caused by or resulting from and other property caused by or resulting from fire or any other covered cause of loss.

11. Plaintiff timely paid to Defendant or the Defendant's agent all monies necessary to satisfy all premiums.

12. On May 17, 2018, a fire occurred causing fire damage, smoke damage, water and other damage in the Insured property and Plaintiff gave Foremost notice of loss of damage and included a description of the property involved.

13. The Plaintiff gave Foremost a description of how, when, and where the loss of damage occurred.

14. Plaintiff caused reasonable steps to protect the covered property from further

damage and kept the record of their expenses necessary to protect the covered property.

15. The Plaintiff has fully cooperated with Foremost in the investigation or settlement of the claim.

16. The Plaintiff has fully completed all conditions precedent to coverage under the insurance policy including providing full cooperation and paying the entire premium due.

17. At present, the Plaintiff has received no funds from Foremost.

18. Upon information and belief, Foremost claims that it has made payments which payments were never received by its insured

## COUNT I – DECLARATORY JUDGMENT

19. Plaintiff incorporates by reference paragraphs 1-18 as paragraph 19 herein as if fully set forth herein.

20. Plaintiff entered into an insurance policy with Foremost whereby Foremost assumed liability and paid for claims of damage or loss incurred by Plaintiff during the policy period set forth in the policy.

21. Foremost has not reached agreement with the Plaintiff on the amount of loss and has not paid any portion of the claim.

22. Foremost's failure to pay is a breach of the contract.

23. Foremost has failed to timely communicate with its insured, has failed to reserve its rights, and has waived any policy defenses.

24. An actual case or controversy has arisen between the Plaintiff and Foremost involving property which Plaintiff owns and has an interest in, and the declarations sought would terminate a part or all of that controversy.

FILED DATE: 5/16/2019 4:14 PM  2019CH06111

WHEREFORE, Plaintiff seeks the following declaratory relief:

A) That this Court find and declare that Foremost is obligated to provide coverage under the policy for losses caused on May 17, 2018, and thereafter;

B) The damage resulting from the fire, smoke and water damage is a covered cause of loss under the policy;

C) The policy provides insurance coverage for all losses resulting from the occurrence;

D) Foremost has failed to fulfill its coverage obligation to the policy;

E) Foremost must take all steps necessary to provide insurance coverage and to repair or replace the Insured property; and

F) For such other and further relief this Court deems just and appropriate under the evidence and circumstances.

Respectfully submitted,

SCHUYLER ROCHE & CRISHAM

By /s/John O'Malley

John P. O'Malley
jomalley@srcattorneys.com
Schuyler, Roche & Crisham, P.C.
180 N. Stetson Ave. Suite 3000
Chicago, Illinois 60601
(312) 565-2400
Firm I.D. 47074