**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

THIRTEEN INVESTMENT COMPANY
INC.

      Plaintiff,                       Case No.: 19-CV-04630

      v.

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

      Defendant.

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES, the Defendant, Foremost Insurance Company Grand Rapids, Michigan ("Foremost"), by and through its undersigned counsel, and, pursuant to FRCP 56(a) and L. R. 56.1(d), submits this Motion for Summary Judgment based on the Memorandum of Law in Support of Defendant's Motion for Summary Judgment and the Statement of Material Facts filed separately in support of this Motion for Summary Judgment.

Plaintiff brought a declaratory judgment action seeking a declaration that Foremost breached the contract of insurance between the parties in connection with a claim for May 17, 2018 fire damage to Plaintiff's property. Foremost is entitled to summary judgment as a matter of Illinois contract law and the Illinois Uniform Commercial Code because Foremost satisfied any obligation to Plaintiff when it made full payment for the agreed upon fire damage by issuing two checks, on June 14, 2018 and June 22, 2018, respectively for $5,288.50 and $150,601.33 payable to Plaintiff and Plaintiff's duly appointed public adjuster, Paramount Restoration Group, Inc.

WHEREFORE, for the reasons set forth in Defendant's Memorandum of Law in Support of the Motion for Summary Judgment and based on the Statement of Material Facts filed with respect to this Motion for Summary Judgment, Foremost prays this honorable Court grant this Motion for Summary Judgment in favor of Foremost and enter judgment in its favor, and against Plaintiff, and for such other and further relief as the Court deems just and proper.

October 22, 2021                                Respectfully submitted,


                                                /s/ Matthew R. Carlyon
                                                Michael L. Foran (mforan@fgppr.com)
                                                Matthew R. Carlyon (Mcarlyon@fgppr.com)
                                                FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
                                                222 North LaSalle Street, Suite 1400
                                                Chicago, Illinois 60601
                                                Tel: (312) 863-5000; Fax: (312) 863-5099
                                                Firm ID   38567
                                                Attorneys for Defendant
                                                *Foremost Insurance Company*

## CERTIFICATE OF SERVICE

On October 22, 2021, the undersigned caused to be served a copy of the appended document on all counsel of record via the Court's electronic notification system, CM/ECF.

/s/ *Matthew R. Carlyon*
Matthew R. Carlyon