## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THIRTEEN INVESTMENT COMPANY
INC.

      Plaintiff,                         Case No.: 19-CV-04630

      v.

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

      Defendant.

_____

## DEFENDANT'S L.R. 56.1(D) STATEMENT OF MATERIAL FACTS

NOW COMES, the Defendant Foremost Insurance Company Grand Rapids, Michigan ("Foremost"), by and through its undersigned counsel, and, pursuant to L. R. 56.1(d), files this Statement of Material Facts in support of the Motion for Summary Judgment also filed herewith.

## STATEMENT OF MATERIAL FACTS

1.      On October 6, 2017, Foremost and Plaintiff entered into a contract of insurance whereby Foremost agreed to insure Plaintiff's interest in the property located at 3634 Euclid Ave, Berwyn, IL (the "Property") through October 6, 2018. Exhibit 1, Affidavit of Brian Warnock and Exhibit A to that exhibit, the Foremost Insurance Policy.

2.      Michael Starzec ("Starzec") is the president of Thirteen Investment Company, Inc. ("Thirteen"). Exhibit 2, Transcript of Deposition of Thirteen's Fed R. Civ. P. 30(b)(6) designee, Michael Starzec, at page 11, lines 16-19.

3.      On May 16, 2018, Thirteen suffered a loss due to fire damage at the Property. Dkt. # 1.1, Plaintiff's Complaint at ¶1.

4.     On May 17, 2018, Thirteen signed a contract, hiring Paramount Restoration Group, Inc. ("Paramount") as its agent and representative "to assist in the preparation, presentation, negotiation, adjustment and settlement" of the insurance claim related to the fire loss. Exhibit 2, at p. 24, lines 22 – 25 and p. 5, lines 1 – 23, and Exhibit 3 (Exhibit 2 to Plaintiff's 30(b)(6) deposition).

5.     Vincent Bertuca ("Bertuca") is the president and owner of Paramount. Exhibit 4, transcript of the deposition of Vincent Bertuca page 6, lines 22-24, page 7, lines 1-3.

6.     The May 17, 2018 contract between Thirteen and Paramount directed Foremost "to include Paramount Restoration Group, Inc. on all payments on said claim." Exhibit 3.

7.     Paramount, acting as Thirteen's agent and public adjuster, agreed that the amount due under the Policy, after adjustments, was $5,288.50 for the contents of the Property, and $150,601.33 for the damage to the building. Exhibit 4, Page 50, lines 4-20; page 62, lines 1-16.

8.     On June 14, 2018, Foremost made payment to Paramount in the amount of $5,288.50 through a check made payable to, "Thirteen Investment And Paramount Restoration Group." (the "Contents Check"). Exhibit 4, Page 50, lines 4-20 and Exhibit 5, the June 14, 2018 Contents Check (Exhibit 13 to Mr. Bertuca's deposition).

9.     On June 22, 2018 Foremost tendered payment to Paramount in the amount of $150,601.33 through a check made payable to, "Thirteen Investment And BSI Financial Services Isaoa ("BSI") And Paramount Restoration Group." (the "Building Check"). Exhibit 4, Page 63, lines 9-15, and Exhibit 6, the June 22, 2018 Building Check (Exhibit 12 to Mr. Bertuca's deposition.

10.     On June 26, 2018, Paramount negotiated the Contents Check at the Elmwood Park Currency Exchange ("Elmwood"). Exhibit 4 page 52 lines 10-22.

11.     On July 9, 2018, Paramount negotiated the Building Check at Elmwood. Exhibit 4, page 65, lines 10-15 and page 67, lines 9-16.

12.     Upon determining that the Contents and Building Checks had been negotiated, Thirteen contacted Paramount to find out where Thirteen's money was at and to ask Paramount for proof that Paramount still had the money and did not take the "money and run away". Exhibit 2, page 61, lines 3-24 and page 62, lines 1-16.

Respectfully submitted,


*/s/ Matthew R. Carlyon*
Michael L. Foran (mforan@fgppr.com)
Matthew R. Carlyon (Mcarlyon@fgppr.com)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000; Fax: (312) 863-5099
Firm ID   38567
Attorneys for Defendant
*Foremost Insurance Company*

## **CERTIFICATE OF SERVICE**

On October 22, 2021, the undersigned caused to be served a copy of the appended document on all counsel of record via the Court's electronic notification system, CM/ECF.


/s/ *Matthew R. Carlyon*
Matthew R. Carlyon