EXHIBIT C"\q"

GZ J KDKV"3



**Mailing Address**
**P.O. Box 2602**
**Grand Rapids MI 49501-2602**

**Insured:** THIRTEEN INVESTMENT BUSINESS INC
**Policy Number:** 0091951419
**Claim Number:** 3010839976-1-1
**Loss Date:** May 16, 2018
**Policy Term:** 12 Months

☐ Attached is a Certified true copy of the information sent to the insured.

☐ Attached is a Certified true copy of the Declaration page, policy back and endorsements.

☑ Attached is a Certified true copy of the Declaration page. The attached policy back and endorsements did not mail with the declaration, but are included as requested.

☐ Attached is a Certified true copy of the Declaration page only.

☐ Attached is a Certified true copy of the Cancellation notice.

Documents including "Sample" or "Copy" watermarks are authentic copies and represent what was sent to the insured. These watermarks are placed on the document when they are stored digitally.

Any additional Declaration Sheet(s) included with these documents labeled as "change or change-misc." may reflect a mid-term change in the policy and therefore a time period less than the original policy term, however the dates reflect the most current policy information on file, up to and including the date of loss for the above-referenced claim.



**FARMERS**
INSURANCE

**A Policy From**
**FOREMOST INSURANCE COMPANY     GRAND RAPIDS, MICHIGAN**

**MICHAEL J SEMYCK**
**FARMERS INSURANCE GROUP**
**8301 S CASS AVE #203**
**DARIEN IL 60561-5341**

12

THIRTEEN INVESTMENT
COMPANY INC.
837 BEECHWOOD RD
BUFFALO GROVE IL 60089

**THIS IS NOT A BILL**

Dear THIRTEEN INVESTMENT & COMPANY INC.:

Your policy packet is enclosed. Please take a few minutes to read through the enclosed documents. This contract is your assurance of protection in case of an insured loss. Copies of your current policy forms are available upon your request. If you have any questions, please contact us at the address shown above or call us at (630) 427-1590 .

Thank you for choosing us for your insurance. We appreciate the opportunity to provide you coverage.

Sincerely,

MICHAEL J SEMYCK
FARMERS INSURANCE GROUP
89-0065-354

**P.S.  Did you know . . . Electronic payments are available!**

To sign up for electronic payments, please go to **foremostpayonline.com.** You may choose to have us automatically withdraw your premium payments electronically from your designated account as they come due, or go to **foremostpayonline.com** to see your bill and make a payment. As always, simply call our billing service at 1-800-532-4221 with questions about your bill.

**Need to report a claim?**  The Claims Contact Center is available to take your call 24 hours a day, seven days a week at 1-800-527-3907, or you may report a claim online at **Foremost.com.**





**FARMERS**
INSURANCE

**FOREMOST BASICS™**
**DECLARATIONS PAGE**

Underwritten by: **Foremost Insurance Company**
Grand Rapids, Michigan
Home Office: P.O. Box 2450
Grand Rapids, Michigan 49501

AMENDED DECLARATION * EFFECTIVE 01/23/18
SUPERSEDES ANY PREVIOUS DECLARATION PAGE BEARING
THE SAME POLICY NUMBER FOR THIS POLICY PERIOD.
REASONS FOR CHANGE FOLLOW:
- INFORMATION REGARDING A MORTGAGEE WAS CHANGED

**POLICY NUMBER:**   381-0091951419-01
**RENEWAL OF:**
**POLICY PERIOD BEGINNING** 10/06/17   **ENDING** 10/06/18   12:01 A.M. STANDARD TIME

### YOU AS NAMED INSURED AND YOUR ADDRESS

THIRTEEN INVESTMENT
COMPANY INC.
837 BEECHWOOD RD
BUFFALO GROVE IL 60089-3337

### YOUR POLICY IS SERVICED BY

MICHAEL J SEMYCK
FARMERS INSURANCE GROUP
8301 S CASS AVE #203
DARIEN IL 60561-5341

**AGENCY CODE:**
890065354

**TELEPHONE:**
(630) 427-1590

**COVERAGES:** Coverage is provided only where an Amount of Insurance or a Limit of Liability is shown and a premium is stated for the Peril Insured Against. Detailed descriptions and any limitations will be found in your policy.

### LOCATION #  1

### IMPORTANT RATING INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **PREMISES DESCRIPTION:** | 3634 EUCLID AVE BERWYN IL 60402-3863 | | | | |
| **CONSTRUCTION:** | MASONRY VENEER | **TERRITORY:** | F | **YR. BUILT:** | 1960 |
| **FAMILIES:** | 1 | **PROT. CLASS:** | 2 | **FORM:** | DF1 |
| **OCCUPANCY:** | VACANT | **RESP. FIRE DEPT.:** | BERWYN FS 1 | | |
| **HYDRANT:** | OVER 1,000 FEET | **COUNTY:** | COOK | | |
| **FIRE DEPT.:** | WITHIN 5 MILES | | | | |

### MORTGAGEE #1

**LOAN NO.:** 0001443207
BSI FINANCIAL SERVICES
ISAOA/ATIMA
PO BOX 961260
FORT WORTH TX 76161-0260

| SECTION I COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A.  DWELLING | $  300,000 | | $    3,180.00 |

| C. PERSONAL PROPERTY | $ 15,000 | | $ 71.00 |
| ADDITIONAL PERIL | | | |
| VANDALISM/MALICIOUS MISCHIEF | | | $ 299.00 |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:  $2,500 VMM
$1,000 ALL OTHER PERILS

| **SECTION II COVERAGES** | LIMIT OF LIABILITY | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| F. PREMISES LIABILITY | $ 300,000 EA ACCIDENT | | $ 83.00 |
| G. MEDICAL PAYMENTS | $ 500 EA PERSON | | INCLUDED |
| | $ 10,000 EA ACCIDENT | | |

| **FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1** | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|
| 11050  04/14    REQUIRED CHANGE – ILLINOIS | | |
| 11304  03/13    DWELLING FIRE ONE–VACANT/UNOCCUPIED | | |

**LOCATION # 1    Annual Premium**    $    3,633.00

**LOCATION # 1    Additional Premium**    $    0.00

**TOTAL ANNUAL POLICY PREMIUM**  $    3,633.00

**ADDITIONAL PREMIUM RESULTING FROM THIS CHANGE**  $    0.00

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: February  7, 2018



## DEFINITIONS

**Family member** is changed to read:

**Family member** means a person who resides in your household and is related to you by blood, marriage, civil union recognized under Illinois law or adoption who is a resident of your household. This includes a ward or foster child.

The following definition is added:

**Personal injury** means injury to a tenant or resident of the dwelling described on the Declarations Page, including consequential **bodily injury**, arising out of one or more of the following offenses:

1. Wrongful eviction from or wrongful entry into that dwelling.

2. False arrest, detention or imprisonment associated with or as a consequence of that wrongful eviction or wrongful entry.

3. Malicious prosecution of any such tenant or resident associated with or as a consequence of that wrongful eviction or wrongful entry.

4. Wrongful invasion of the right of private occupancy held by that tenant or resident.

5. Oral or written publication, in any manner, of material that slanders or libels that tenant or resident.

6. Oral or written publication, in any manner, of material that violates the right to privacy held by that tenant or resident.

**SECTION I - Your Property Coverages**

**Coverage A - Dwelling**
**Coverage B - Other Structures**
**Coverage C - Personal Property**

But we do not insure:

The following exception to coverage is changed to read:

Loss, including damage or remediation costs, caused by or resulting from the presence of mold, mildew, or other fungi, their secretions, and dry and wet rot of any kind regardless of the cause, condition or loss that led to their formation or growth.

This exception to coverage does not apply to loss from mold that directly ensues from a covered fire or lightning loss.

The following is added:

**Your Additional Benefits**

We may work with merchants to provide the best possible value for services and replacement of your property. If we are able to negotiate discounts or other benefits with merchants, we will extend those discounts or other benefits to you. You may contact the merchants directly. When you do, you may be afforded additional discounts and services. You are under no obligation to purchase any property or services from these merchants, nor are we obligated to provide these benefits.

**If your Declarations Page displays Coverage D - Loss Of Rents, the following SECTION I provision applies:**

**Coverage D - Loss Of Rents** is changed to read:

**Coverage D - Loss Of Rents**

If an insured loss occurs at the dwelling described on the Declarations Page, we will pay for your loss of rents resulting from that insured loss while the dwelling is not fit to live in or use, less charges and expenses that do not continue during that time. At the time of the loss, a completed and signed written agreement to rent or lease must exist.

We will pay loss of rents only for the shortest time needed to make the dwelling habitable. This coverage will pay actual loss of rents up to a monthly maximum of one-twelfth of the Amount of Insurance shown on the Declarations Page for Coverage D. The total amount we will pay will not exceed the Amount of Insurance described on the Declarations Page for Coverage D.

If damage caused by an Insured Peril occurs at a neighboring premises, we will pay any resulting loss of rents for up to two weeks if civil authorities prohibit occupancy of your dwelling.

We will not pay expenses due to cancellation of any lease or written or oral agreement.

The periods of time are not limited by the expiration of this policy.

No deductible will apply to this coverage.

**SECTION I - Insured Perils**

Insured Peril 9. is changed to read:

When a premium for Vandalism or Malicious Mischief is shown on the Declarations Page, the following Insured Peril is also included.

9. Vandalism or malicious mischief, meaning the intentional and willful damage or destruction of property by anyone other than the owner of the property. For Coverage A - Dwelling only, vandalism and malicious mischief includes theft of those parts or components of the dwelling that are permanently installed and made a part of the dwelling structure described on the Declarations Page.

But we do not insure:

a. Any loss arising out of the theft or other unlawful taking from your **premises** of:

   i. Personal property; or

   ii. Materials and supplies for use in construction;

b. Any loss caused by, resulting from, contributed to or aggravated by intentional acts of any tenant or any roomers and boarders of your **premises**;

c. Loss to glass or safety glazing material installed in or attached to the building other than glass building blocks; or

d. Any loss to personal property if the dwelling has been vacant for more than 30 consecutive days immediately before the loss and the Declarations Page indicates an Occupancy other than "VACANT." A dwelling while being constructed, altered or repaired is not considered vacant.

These exceptions do not apply to ensuing loss caused by fire or explosion.

## SECTION I - Exclusions

Exclusion 1. is changed to read:

1. Loss of or to any property otherwise insured by this policy if that loss is intentionally caused by any of you or performed at any of your direction. But, this exclusion does not apply to any of you who did not cooperate in or contribute to the creation of the loss if the loss arose out of a pattern of criminal domestic violence and the perpetrator of the loss is criminally prosecuted for the act causing the loss. Our payment will be limited to your ownership interest in the property as reduced by any payments to a mortgagor or other secured interest.

Exclusion 5. is changed to read:

5. Loss caused by:

a. The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**.

b. Loss, cost or expense from any governmental direction or request that any of you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **pollutants**.

But, this exclusion does not apply to loss caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**If your Declarations Page displays Coverage F - Premises Liability and Coverage G - Medical Payments to Others, the following SECTION II provisions and exclusions apply:**

## SECTION II - Your Liability Coverages

**Coverage F - Premises Liability** is changed to read:

**Coverage F - Premises Liability**

If a claim is made or a suit is brought against you for damages because of **bodily injury** or **property damage** caused by an accident on your **premises** to which this coverage applies, or if a claim is made or a suit brought against you for damages because of **personal injury** caused by an offense to which this coverage applies, we will:

1. Pay up to the Limit of Liability shown on the Declarations Page for compensatory damages for which you are legally liable; and

2. Provide a defense at our expense by attorneys of our choice.

We may make any investigations and settle any claims or suits that we decide appropriate. Our obligation to defend any claim or suit ends when the amount we pay in settlement or judgment for damages resulting from the accident or offense equals the Limit of Liability. Coverage F - Premises Liability applies to **bodily injury** and **property damage** only if the **bodily injury** or **property damage** occurs on your **premises** during the Policy Period shown on the Declarations Page, and to **personal injury** only if the offense occurs during the Policy Period shown on the Declarations Page.

## SECTION II - Exclusions

**Coverage F - Premises Liability**
**Coverage G - Medical Payments To Others**

We will not pay for **bodily injury** or **property damage**:

Exclusion 4. is changed to read:

4. Arising out of the actual, alleged or threatened discharge, dispersal, release, escape of, or the ingestion, inhalation or absorption of **pollutants**. But, this exclusion does not apply to liability resulting from the use of products normally used in the cleaning or maintenance of the household or residence **premises**.

In addition, this exclusion does not apply to **bodily injury** or **property damage** caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

Exclusion 10. is changed to read:

10. Arising out of the transmission of or exposure to Acquired Immunodeficiency Syndrome (AIDS) and resulting diseases or sickness and any strain of herpes by any of you, your **residence employee**, any tenant, any other residents of your tenant's dwelling unit, or guests.

Exclusion 12. is changed to read:

12. Arising out of any sexual act, sexual molestation, corporal punishment, or physical or mental abuse by any of you, your **residence employee**, any tenant, any other residents of your tenant's dwelling unit, or guests. But, this exclusion does not apply to any of you who did not actively participate in the sexual act, sexual molestation, corporal punishment, or physical or mental abuse.

Exclusion 15. is changed to read:

15. Arising out of the selling, serving or giving of any alcoholic beverage by any of you:

a. to a person under the influence of alcohol; or

b. which causes or contributes to the intoxication of any person.

The following exclusions apply to Personal Injury Liability Coverage only:

We will not pay for **personal injury**:

1. To any of you other than an employee described in the insuring agreement.

2. Arising out of liability assumed by any of you in any contract or agreement whether before or after the offense occurs.

3. Caused by a violation of a penal law or ordinance committed by or with the knowledge or consent of any of you.

4. Arising out of the actual, alleged or threatened discharge, dispersal, release, escape of, or the ingestion, inhalation or absorption of **pollutants**.

5. Arising out of the loss, cost or expense from any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **pollutants**.

6. Arising out of nuclear reaction, radiation or radioactive contamination.

7. Resulting from or caused by the presence of mold, mildew, or other fungi, their secretions, and dry and wet rot of any kind regardless of the cause, condition or loss that led to their formation or growth.

8. Caused by or at the direction of any of you with the knowledge that the act would violate the rights of another and inflict **personal injury**.

9. Arising out of the rendering or failing to render professional services.

10. Arising out of **business** pursuits of any of you.

**Policy Conditions**

3. **Concealment or Fraud** is changed to read:

3. **Concealment or Fraud.**

a. The entire policy will be void if, at the time of application, any of you:

i. Intentionally conceal or misrepresent any material fact or circumstance;

ii. Engage in fraudulent conduct; or

iii. Make false statements.

This condition does not apply to the application for this policy after this policy has been in effect for one year or one policy period, whichever is less. But we may cancel this policy for the reasons described in Condition 17. **Cancellation**.

b. We will not provide coverage, whether before or after a loss or claim relating to this insurance, if any of you:

i. Intentionally conceal or misrepresent any material fact or circumstance;

ii. Engage in fraudulent conduct; or

iii. Make false statements.

4. **What to Do When You Have a Loss.**

The second paragraph is changed to read:

In the event of a loss or accident, you or someone on your behalf must notify us as soon as reasonably possible. The quickest way is to phone your agent or us. Please give your name, policy number, how the loss or accident happened, the extent of the damages or injuries, names of witnesses and all other pertinent facts. You must promptly send us any demand, notice, summons or other legal papers you receive.

The fourth paragraph is changed to read:

If you have a loss, you must use reasonable measures to protect the dwelling, other structures or personal property from any further damage. If you fail to do so, any further damage will not be insured by this policy.

5. **Appraisals** is changed to read:

5. **Appraisals.** If you and we fail to agree on the amount of the loss, then both you and we have the right to select a competent and disinterested appraiser within 20 days from the day of disagreement. The appraisers will determine the amount of the loss. If they do not agree, then the appraisers will choose an umpire. Then each appraiser will submit his amount of the loss to that umpire. The agreement of any two will determine the amount of loss for damage to your property. If the amount of loss is determined to equal or exceed the full amount which you demanded prior to the appraisal, then we will pay your appraiser's fee and the umpire's fee. Otherwise you pay your appraiser and we pay our appraiser. You and we share equally the expenses of the umpire and all other expenses of the appraisals.

In no event will an appraisal be used for the purpose of interpreting any policy provision, determining causation or determining whether any item or loss is insured by this policy. If there is an appraisal, we still retain the right to deny the claim.

8. **Legal Action Against Us** is changed to read:

8. **Legal Action Against Us.** You may not bring legal action against us concerning this policy unless you have fully complied with all of the policy terms. If you and we have failed to agree on the amount of the loss, then you may not bring legal action against us until you have submitted and resolved that dispute through appraisal as described in Condition 5. Suit must be brought within one year after we deny your claim.

10. **Changes in Your Policy** is changed to read:

10. **Changes.**

a. If any provision of this policy is in conflict with any governmental requirements at the time your

policy is written, it is automatically changed to conform to them.

b. If we broaden the coverages provided by this edition of the policy without additional premium charges during the Policy Period, we will give you the benefit of these broadened coverages.

c. The only other way this policy can be changed is if we change it in writing, which will be made a part of this policy. Any change in your premium will be made at this time.

d. If your policy is renewed, we will furnish you any form revisions applicable to your policy.

16. **Your Duties to Maintain Policy Amounts of Insurance** is changed to read:

16. **Your Duties to Maintain Policy Amounts of Insurance.** It is your responsibility to maintain adequate amounts of insurance on your dwelling, other structures and personal property. But to help you do that we may, but are not obligated to, adjust your policy Amounts of Insurance. If an adjustment is made, it will become effective on the renewal date of your policy and will be based upon data supplied to us by recognized agencies or organizations.

You will be notified in advance of the new Amounts of Insurance. Payment of your renewal is all that is necessary to indicate your acceptance of the new Amounts of Insurance.

If you want to change the new Amounts of Insurance, you may do so by contacting your insurance representative.

The following conditions are added:

17. **Cancellation.** You may cancel your policy by returning the Declarations Page to us or by mailing to us a written notice telling us the advance date cancellation is to become effective.

If a mortgagee is named on the Declarations Page, we will provide acknowledgment to the mortgagee regarding cancellation of the mortgagee's interest in this policy by any legal means available.

We may cancel this policy for any reason during the first 60 days we insure you. After the first 60 days, or if it is a renewal with us, we may cancel it if:

a. The risk has changed substantially since the policy was issued; or

b. If you or your representative:

(1) Conceal, omit or misrepresent any material facts or circumstances; or

(2) Have not paid the premium.

We will mail a cancellation notice to you at least 30 days (10 days if you have not paid the premium) before this policy is cancelled.

Your mortgagee may cancel this policy if your dwelling has been foreclosed or the mortgagee has otherwise acquired ownership of it. The mortgagee may then cancel this policy on behalf of all parties who have an interest insured by this policy and upon surrender of this policy.

If there is any refund of premium due you, we will mail it to you with your cancellation notice or as soon as possible after we mail the notice. Return premium will be calculated pro rata. Pro rata cancellation means that we keep premium only for the period of time you were insured. If your premium is financed, that financing interest will be recognized in any refund due.

18. **Nonrenewal.** We agree to offer to renew your policy unless we mail to you, at least 30 days before the ending policy term date shown on the Declarations Page, written notice of our intention not to renew this policy.

If insurance has been issued to you and has been in effect with us for five or more years, we will not exercise our right to nonrenewal unless:

a. The policy was obtained through misrepresentation or fraud; or

b. The risk has changed substantially since the policy was issued; or

c. You have received 60 days' notice of our intention not to renew.

19. **Automatic Termination.** If we offer to renew or continue this policy, but you or your representatives do not accept our offer, then this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due will mean that you have not accepted our offer.

20. **Notice of Cancellation or Nonrenewal.** We will mail the cancellation or nonrenewal notice to the last address known to us. Under the authority of federal law, the United States Postal Service and its authorized agents or vendors may forward the cancellation or nonrenewal notice to an updated address per any change of address that you have presented to or filed with the United States Postal Service. Proof of mailing will be sufficient proof of notice.

**Required Notice - Illinois**

In case of a complaint, please send correspondence to the following address:

Foremost Insurance Company
Attn: Compliance Department
L.C. 1485
P.O. Box 2450
Grand Rapids, MI 49501

or

Illinois Department of Insurance
Consumer Complaints
320 W. Washington Street
Springfield, IL 62767-0001



# Dwelling Fire One Policy
## Vacant or Unoccupied



Underwritten by:

**Foremost Insurance Company**
GRAND RAPIDS, MICHIGAN

A Stock Company
Home Office
5600 Beech Tree Lane
Caledonia, Michigan 49316
1-800-527-3905

# Table of Contents

**Insuring Agreement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

**Definitions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

**SECTION I — Your Property Coverages** . . . . . . . . . . . . . . . . . . . . . . . **2**

Coverage A — Dwelling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Coverage B — Other Structures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Coverage C — Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Your Additional Coverages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  Debris Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  Emergency Repairs After Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
  Emergency Removal of Personal Property . . . . . . . . . . . . . . . . . . . 4
  Fire Department Service Charge . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**SECTION I — Insured Perils** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

**SECTION I — Exclusions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**

**SECTION I — Our Payment Methods** . . . . . . . . . . . . . . . . . . . . . . . . . **7**

Coverage A — Dwelling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
  Total Loss Payment Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
  Partial Loss Payment Method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Coverage B — Other Structures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Coverage C — Personal Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Payment Methods — Specific Losses . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Pairs And Sets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Glass Replacement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Deductible . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**SECTION II — Your Liability Coverages** . . . . . . . . . . . . . . . . . . . . . . **8**

Coverage F — Premises Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Coverage G — Medical Payments To Others . . . . . . . . . . . . . . . . . . . . . 8

**SECTION II — Your Additional Coverages** . . . . . . . . . . . . . . . . . . . . **9**

Claim Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
First Aid Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**SECTION II — Exclusions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

Coverage F — Premises Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Coverage G — Medical Payments To Others . . . . . . . . . . . . . . . . . . . . 9
Coverage F — Premises Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

# Policy Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

Insurable Interest, Amount of Insurance and Limits of Liability . . . . . . . . . . . 11
Joint Obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Concealment or Fraud . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
What to Do When You Have a Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Appraisals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Other Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Our Right to Recover From Others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Legal Action Against Us . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Mortgagee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Changes in Your Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Bankruptcy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Transfer of This Policy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Abandoned Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
No Benefit to Bailee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Inspections and Consumer Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Your Duties to Maintain Policy Amounts of Insurance . . . . . . . . . . . . . . . . . 15

# DWELLING FIRE ONE POLICY VACANT OR UNOCCUPIED

Read the entire policy carefully to determine rights, duties, and what is and is not insured. Various provisions in this policy restrict coverage.

Words and phrases that appear in **bold faced type** have special meaning. Refer to the Definitions.

## Insuring Agreement

With your payment of the premium, we agree to provide only the Coverages, Amounts of Insurance and Limits of Liability you have selected as shown on the Declarations Page. This is subject to all policy terms and conditions. This policy, which includes the Declarations Page and endorsements, if any, is the entire agreement between you and us regarding the insurance coverages expressed in it and supersedes all previous agreements regarding those coverages, either oral or written.

We, us and our means the insurance company named on the Declarations Page.

You, your and yours means the person, persons or organization named on the Declarations Page. You, your and yours also means any **family member** of the person or persons named on the Declarations Page.

In SECTION II — Your Liability Coverages, you, your, and yours also means any employees of the person, persons or organization named on the Declarations Page for acts that occur on the **premises** and are within the course of their employment.

## Definitions

**Actual cash value** means the amount it would cost to repair or replace insured property with materials available today of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

**Bodily injury** means physical injury, sickness, disease or death, caused by an accident, sustained by any person except you.

**Business** means any full or part-time trade, profession or occupation engaged in for economic gain.

But **business** does not mean the rental or holding for rental solely for residential purposes of any dwelling or other structure described on the Declarations Page.

**Earth movement** means all of the following items whether arising out of any act of nature or human activity:

1. Earthquake, including land shock waves or tremors before, during or after volcanic eruptions;

2. Landslide;

3. Mudflow;

4. Earth sinking, rising or shifting; or

5. Mine subsidence.

**Family member** means a person who resides in your household and is related to you by blood, marriage or adoption. Family member also means a ward or a foster child who resides in your household.

**Medical expenses** means reasonable charges for:

1. Medical:

2. Surgical;

3. X-ray;

4. Dental;

5. Ambulance;

6. Hospital;

7. Professional nursing;

8. Recognized religious methods of healing;

9. Prosthetic devices; or

10. Funeral services.

**Pollutant** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, metals, lead paint components and compounds, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. However, irritants and contaminants released by an accidental fire on your **premises** are not a **pollutant.**

**Premises** means:

1. The dwelling and other structures that are described on the Declarations Page;

2. The sidewalks, driveways or other private approaches that serve that dwelling and other structures; and

3. The grounds that are immediately adjacent to that dwelling and other structures.

**Property damage** means direct physical damage or destruction of tangible property of others, including loss of its use, caused by an accident.

**Residence employee** means an employee of yours who performs duties in connection with the maintenance or use of your **premises**, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with the **business** of any of you.

# SECTION I — Your Property Coverages

## Coverage A — Dwelling

We insure:

1. The dwelling that is described on the Declarations Page;

2. Materials and supplies for use in the construction, alteration or repair of that dwelling located within or immediately adjacent to that dwelling; and

3. Any structure you own that is attached to that dwelling, other than a structure attached only by plumbing, utility line or similar connection.

But we do not insure:

1. Fences;

2. Land including any cost to repair, rebuild, stabilize or otherwise restore land on which the dwelling is located either before or after a loss; or

3. Loss, including damage or remediation costs, caused by or resulting from the presence of mold, mildew, or other fungi, their secretions, and dry and wet rot of any kind regardless of the cause, condition or loss that led to their formation or growth.

## Coverage B — Other Structures

We insure:

1. The other structures that are described on the Declarations Page; and

2. Materials and supplies for use in the construction, alteration or

repair of those other structures located within or immediately adjacent to those other structures.

But we do not insure:

1. Land including any cost to repair, rebuild, stabilize or otherwise restore land on which the other structures are located either before or after a loss; or

2. Loss, including damage or remediation costs, caused by or resulting from the presence of mold, mildew, or other fungi, their secretions, and dry and wet rot of any kind regardless of the cause, condition or loss that led to their formation or growth.

## Coverage C — Personal Property

We insure:

1. Furnishings and appliances;

2. Machinery, tools, and equipment; and

3. Leased personal property for which you have a contractual liability for loss.

But we insure this property only if it is:

1. Necessary for the residential occupancy of the dwelling described on the Declarations Page;

2. In or on the dwelling described on the Declarations Page;

3. In the open within 100 feet of the dwelling described on the Declarations Page; or

4. In or on any other structures described on the Declarations Page.

We do not insure:

1. Aircraft and any aircraft parts, equipment and accessories including engines and motors;

2. Watercraft and any watercraft parts, equipment and accessories, including trailers, engines and motors;

3. Motor vehicles, recreational land motor vehicles, golf carts, all other motorized land conveyances and any vehicle or conveyance parts, equipment and accessories.

   We do insure vehicles or conveyances, other than golf carts and recreational vehicles or conveyances, that are not subject to motor vehicle registration and that are used solely for maintenance of your **premises**.

4. Property separately described and specifically insured in this or any other insurance policy;

5. Camper bodies or trailers;

6. Property held as a sample or for sale or delivery after sale; or

7. Loss, including damage or remediation costs, caused by or resulting from the presence of mold, mildew, or other fungi, their secretions, and dry and wet rot of any kind regardless of the cause, condition or loss that led to their formation or growth.

## Your Additional Coverages

When you buy Coverage A — Dwelling, we automatically include the following additional coverages:

1. **Debris Removal.** We will pay the actual, reasonable and necessary cost for the removal of debris of insured property from your **premises** when deposited by an

Insured Peril that applies to the insured property.

The debris removal cost is included in the Amount of Insurance that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal cost is more than the Amount of Insurance for the damaged property, an additional 5% of that Amount of Insurance is available for debris removal.

No deductible will apply to this coverage.

2. **Emergency Repairs After Loss.** We will pay any actual, reasonable and necessary expenses for emergency repairs incurred in protecting your insured property from further damage if the damage was caused by an Insured Peril.

This coverage is included in and does not change the Amount of Insurance that applies to the property being protected.

No deductible will apply to this coverage.

3. **Emergency Removal of Personal Property.** We cover your insured personal property against direct loss from any cause not excluded in SECTION I — Exclusions while the property is being removed from your **premises** because it is in danger of loss by an Insured Peril. We provide this coverage for no more than 30 days while the property is removed from your **premises**.

This coverage is included in and does not change the Amount

of Insurance that applies to the property being removed.

No deductible will apply to this coverage.

4. **Fire Department Service Charge** (not applicable in Arizona, New Jersey and New Mexico). We will pay up to $500 for actual fire department charges incurred by you when the fire department is called to save or protect insured property from an Insured Peril.

No deductible will apply to this coverage.

# SECTION I — Insured Perils

We insure risk of direct, sudden and accidental physical loss to the property described in Coverage A — Dwelling, Coverage B — Other Structures and Coverage C — Personal Property. The loss must occur during the policy period shown on the Declarations Page and be caused by any of the following perils unless the loss is excluded elsewhere in this policy:

1. Fire.

2. Lightning.

3. Windstorm or Hail.

   But we do not insure loss to:

   a. The inside of the dwelling or other structures or to the property that is in it caused by rain, hail, snow, sand, sleet, wind-driven water or dust unless the dwelling or other structures are first damaged by the direct force of wind or hail, creating an opening through which the rain, hail, snow, sand, sleet,

wind-driven water or dust enters.

b. Signs, radio or television antennas, aerials or satellite dishes, positioners, receivers, descramblers, including lead-in wiring, masts or towers and related satellite dish equipment when any of these types of property are located outdoors.

4. Explosion.

But we do not insure loss caused by:

a. Bursting of water pipes;

b. Breakage or operation of pressure relief devices; or

c. Explosion of steam boilers or steam pipes.

5. Riot or civil commotion, including direct loss from pillage and looting during or immediately after the riot and at the site of the riot or civil commotion.

6. Aircraft, including self-propelled missiles and spacecraft.

7. Vehicles.

But we do not insure any loss:

a. Caused by vehicles owned or operated by any of you or any resident of the dwelling; or

b. To fences, driveways and sidewalks caused by any vehicles.

8. Smoke or smudge.

But we do not insure loss caused by or consisting of:

a. The gradual accumulation of any oily or greasy substance or film;

b. Smoke from fireplaces or other auxiliary heating devices; or

c. Smoke from agricultural or commercial operations.

When a premium for Vandalism or Malicious Mischief is shown on the Declarations Page, the following Insured Peril is also included.

9. Vandalism or malicious mischief, meaning the intentional and willful damage or destruction of property by anyone other than the owner of the property.

But we do not insure:

a. Any loss to personal property or materials and supplies for use in construction, arising out of its theft or other unlawful taking from your **premises;**

b. Any loss caused by, resulting from, contributed to or aggravated by intentional acts of any tenant or any roomers and boarders of your **premises;** or

c. Loss to glass or safety glazing material installed in or attached to the building other than glass building blocks**.**

These exceptions do not apply to ensuing loss caused by fire or explosion.

## SECTION I — Exclusions

We do not insure loss caused directly or indirectly by any of the following regardless of any other cause or event contributing concurrently or in any sequence to the loss:

1. Loss of or to any property otherwise insured by this policy if that loss is intentionally caused by any of you or performed at any of your direction.

2. Loss caused by, consisting of or increased by the enforcement of any governmental requirement regulating:

    a. Construction;

    b. Confiscation;

    c. Repair;

    d. Demolition;

    e. Sale;

    f. Occupancy;

    g. Seizure;

    h. Renovation; or

    i. Remodeling.

    But we do insure loss arising out of a governmental action to prevent the spread of fire provided that a loss caused by fire would otherwise be insured by this policy.

3. Loss caused by an illegal activity, trade or **business** being conducted with or without your knowledge by any of you or any resident of your **premises** whether or not the person conducting the activity, trade or **business** is convicted in criminal court.

4. Loss caused by war (whether declared or undeclared), including civil war, insurrection, rebellion or revolution.

5. Loss caused by:

    a. The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**.

    b. Loss, cost or expense from any governmental direction or request that any of you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **pollutants**.

6. Loss caused by volcanic eruption.

7. Loss caused by:

    a. Flood water, surface water, waves, tidal water, tidal waves, storm surge, tsunami or overflow of a body of water or spray from any of these whether or not driven by wind;

    b. Water or sewage which backs up through sewers or drains or which overflows from a sump; or

    c. Water below the surface of the ground regardless of its source. This includes water which exerts pressure on or flows, seeps or leaks through any part of the dwelling or other structures, foundation, sidewalk, driveway or swimming pool.

    This exclusion applies whether or not there was widespread damage and whether or not it was caused by a human activity or an act of nature.

    This exclusion does not apply to ensuing loss caused by fire or explosion.

8. Loss caused by power, heating or utility failure or interruption unless the failure or interruption results from direct physical dam-

age to power or utility equipment on your **premises** caused by an Insured Peril.

This exclusion does not apply to ensuing loss caused by fire or explosion.

9. Loss caused by any **business** activity being conducted with or without your knowledge by any of you or any resident of your **premises**.

# SECTION I — Our Payment Methods

## Coverage A — Dwelling

## Total Loss Payment Method

A total loss occurs when the dwelling is damaged beyond reasonable repair.

When a total loss occurs, your loss will be equal to the Amount of Insurance shown on the Declarations Page.

## Partial Loss Payment Method

When a partial loss occurs, the amount we pay for loss to the dwelling will be the lowest of:

1. The difference between the **actual cash value** of the dwelling immediately before the loss and its **actual cash value** immediately after the loss;

2. The **actual cash value** of the damaged part of the dwelling at the time of the loss.

3. The amount required to repair or replace the dwelling.

4. The Amount of Insurance shown on the Declarations Page for the dwelling.

We may make a cash settlement or repair or replace the property with property of like kind and quality. We will give you notice of our intention within 30 days after we receive your proof of loss

We will not pay for loss consisting of actual or perceived reduction of market value after the damaged property has been replaced, restored, or repaired.

The damage to the dwelling will reduce the Amount of Insurance available during the policy period by the amount of the damage. Your coverage will return to the Amount of Insurance shown on the Declarations Page upon completion of the repairs or replacements.

## Coverage B — Other Structures
## Coverage C — Personal Property

The amount we pay for loss to the other structures and personal property will be the lowest of:

1. The difference between the **actual cash value** of the property immediately before the loss and its **actual cash value** immediately after the loss;

2. The **actual cash value** of the lost or damaged part of the property at the time of the loss;

3. The amount required to repair or replace the lost or damaged property; or

4. The Amount of Insurance shown on the Declarations Page.

We may make a cash settlement and take all or part of the property at its appraised or agreed upon value, or repair or replace the property with property of like kind and quality. We will give you notice of our intention within 30 days after we receive your proof of loss.

We will not pay for loss consisting of actual or perceived reduction of market value after the damaged property has been replaced, restored, or repaired.

The damage to the property will reduce the Amount of Insurance available by the amount of the damage. Your coverage will return to the Amount of Insurance shown on the Declarations Page upon completion of the repairs or replacements.

## Payment Methods — Specific Losses

### Pairs and Sets

In case of loss to a part of a pair, set, series of objects, pieces or panels, either interior or exterior, we may:

1.  Repair or replace any part to restore the pair or set to its value before the loss;

2.  Pay the difference between the **actual cash value** of the pair or set before and after the loss; or

3.  Pay the reasonable cost of providing a substitute to match the remainder of the pair or set as closely as possible.

We will not be obligated to repair or replace the entire pair, set, series of objects, pieces or panels when a part is lost or damaged.

### Glass Replacement

We will pay for loss to glass caused by an Insured Peril on the basis of replacement with safety glazing materials when required by law.

## Deductible

No deductible will be applied to Coverage A - Dwelling in the event of a total loss unless stated otherwise in this policy. All other losses will be subject to the deductible shown in this policy.

# SECTION II — Your Liability Coverages

## Coverage F — Premises Liability

If a claim is made or a suit is brought against you for damages because of **bodily injury** or **property damage** caused by an accident on your **premises**, we will:

1.  Pay up to the Limit of Liability shown on the Declarations Page for the damages for which you are legally liable; and

2.  Provide a defense at our expense by attorneys of our choice.

We may make any investigations and settle any claims or suits that we decide appropriate. Our obligation to defend any claim or suit ends when the amount we pay in settlement or judgment equals the Limit of Liability. Coverage F — Premises Liability applies to **bodily injury** and **property damage** only if the **bodily injury** or **property damage** occurs on your **premises** and during the Policy Period shown on the Declarations Page.

## Coverage G — Medical Payments To Others

We will pay for you up to the Limit of Liability shown on the Declarations Page, the actual, necessary and reasonable **medical expenses** incurred or medically determined within three years from the date of an accident causing **bodily injury.** Coverage G — Medical Payments to Others applies only to accidents that occur during the Policy Period shown on the Declarations Page.

Medical Payments To Others applies only to a person on your **premises** with your permission.

But Medical Payments To Others does not apply to:

1. Any tenant residing on your **premises;** or

2. Any other person regularly residing on your **premises**.

A Medical Payments To Others payment is not an admission of liability by any of you or us.

# SECTION II — Your Additional Coverages

## Claim Expenses

We will pay:

1. Expenses incurred by us and costs taxed against you in any suit we defend;

2. Premiums on bonds required in a suit defended by us, but not for bond amounts greater than the Limit of Liability for Premises Liability;

   We are not obligated to apply for or furnish any bonds;

3. Expenses incurred by you at our request, including up to $100 a day actual loss of earnings, for assisting us in the investigation or defense of any claim or suit;

4. Prejudgment interest awarded against you on that part of the judgment we pay; and

5. Interest on the entire entered judgment until we pay, formally offer, or deposit in court that part of the judgment which does not exceed the limit of our liability on that judgment.

## First Aid Expenses

We will pay your expenses for first aid to others at the scene of an accident which occurs on your **premises**. We will not pay for first aid to any of you.

# SECTION II — Exclusions

## Coverage F — Premises Liability
## Coverage G — Medical Payments To Others

We will not pay for **bodily injury** or **property damage**:

1. Resulting from any act or omission which is intended by any of you to cause any harm or that any of you could reasonably expect to cause harm. This exclusion applies whether or not any of you:

   a. Intended or expected the result of his or her omission so long as the resulting injury or damage was a natural or foreseeable consequence of the intended act or omission;

   b. Was under the influence of alcohol or narcotics;

   c. Was insane; or

   d. Is deemed not to have had the mental capacity to form the legal intent to commit the act or omission causing injury or damage.

   But this exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

2. Arising out of **business** pursuits of any of you.

3. Arising out of the rendering or failing to render professional services.

4. Arising out of the actual, alleged or threatened discharge, dispersal, release, escape of, or the ingestion, inhalation or absorption of **pollutants**.

5. Arising out of loss, cost or expense from any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize **pollutants**.

6. Arising out of the ownership, operation, maintenance, use, loading or unloading of:

   a. An aircraft;

   b. A land motor vehicle;

   c. A recreational land motor vehicle;

   d. A watercraft; or

   e. Trailers.

   But this exclusion does not apply to **bodily injury** arising out of the ownership, maintenance, use, loading or unloading of motor vehicles or conveyances that are not subject to motor vehicle registration and that are used solely for maintenance of your **premises**.

7. Arising out of the entrustment by any of you to any person of any aircraft, land motor vehicle, recreational land motor vehicle, watercraft or trailer the use of which is not insured in SECTION II — Your Liability Coverages.

8. Arising out of:

   a. The negligent supervision by any of you of any person;

   b. Any liability by statute imposed on any of you; or

   c. Any liability assumed through an unwritten or written agreement by any of you;

   with regard to the ownership, operation, maintenance or use of any aircraft, land motor vehicle, recreational land motor vehicle, watercraft or trailer that is not insured in SECTION II — Your Liability Coverages.

9. Arising directly or indirectly out of war, hostile or warlike action in time of peace or war, whether or not declared, riot or civil disorder.

10. Arising out of the transmission of or exposure to a communicable disease by any of you, your **residence employee**, any tenant, any other residents of your tenant's dwelling unit, or guests.

11. Arising out of child care services provided by a fee by or at the direction of:

    a. Any of you;

    b. Any of your employees; or

    c. Any other person actually or apparently acting on behalf of any of you.

12. Arising out of any sexual act, sexual molestation, corporal punishment, or physical or mental abuse by any of you, your **residence employee**, any tenant, any other residents of your tenant's dwelling unit, or guests.

13. Arising out of the use, sale, manufacture, distribution, delivery, transfer or possession of any illegal substance or a controlled substance as defined by federal or state law by any of you, your **residence employee**, your roomers or boarders, any tenant, any other residents of your tenant's dwelling unit, or guests. Such substances include, by way of example, but are not limited to: cocaine, LSD, meth-

amphetamines, marijuana and all narcotic drugs.

14. Arising out of nuclear reaction, radiation or radioactive contamination.

15. Arising out of the selling, serving or giving of an alcoholic beverage by any of you:

    a. To a minor;

    b. To a person under the influence of alcohol; or

    c. Which causes or contributes to the intoxication of any person.

16. To any of you.

17. To an employee of any of you arising out of and in the course of employment by any of you or consequential injuries to a spouse, child, parent, brother or sister of the injured employee.

    This exclusion applies:

    a. Whether you may be liable as an employer or in any other capacity; and

    b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

18. Resulting from or caused by the presence of mold, mildew, or other fungi, their secretions, and dry and wet rot of any kind regardless of the cause, condition or loss that led to their formation or growth.

These exclusions apply also to **bodily injury** or **property damage** arising out of the activities of any persons or organizations you hired to manage or maintain your **premises.**

## Coverage F — Premises Liability

We will not pay for **bodily injury** or **property damage** for:

1. Liability assumed in any contract or agreement.

2. Damage to property owned, sold, rented to others, abandoned or given away by any of you.

3. Damage to property rented to, occupied or used by any of you in your care, except **property damage** caused by fire, smoke or explosion.

4. Any claim or legal action asserted against any of you by any tenant or tenant association, corporation or community regarding the manner in which your **premises** is managed or operated.

## Policy Conditions

1. **Insurable Interest, Amount of Insurance and Limits of Liability.** Regardless of the number of persons or organizations who have an interest in the insured property, we will not be liable in any one loss for more than the lesser of:

   a. The interest of the person or organization insured; or

   b. The applicable Amount of Insurance.

   The Limit of Liability for Coverage F — Premises Liability coverage will not exceed the limit shown on the Declarations Page regardless of the number of people insured or claims made.

   The insuring of more than one person or organization by this policy does not increase the Amounts of Insurance.

2. **Joint Obligations.** The terms of this policy impose joint obligations on each and every one of you. This means that the responsibilities, acts and failures to act of any of you will be binding upon all of you.

3. **Concealment or Fraud.** The entire policy will be void, whether before or after a loss or claim relating to this insurance, if any of you:

   a. Intentionally conceal or misrepresent any material fact or circumstance;

   b. Engage in fraudulent conduct; or

   c. Make false statements.

4. **What to Do When You Have a Loss.** You or someone on your behalf must promptly report to the police any theft, robbery, or burglary loss after you discover the loss.

   In the event of a loss or accident, you or someone on your behalf must notify us at once. The quickest way is to phone your agent or us. Please give your name, policy number, how the loss happened, the extent of the damages or injuries, names of witnesses and all other pertinent facts. You must promptly send us any demand, notice, summons or other legal papers you receive.

   If we need other information to investigate the loss, we will ask you for it. We may require this information in writing.

   If you have a loss, you must protect the dwelling, other structures or personal property from any further damage. If you fail to do so, any further damage will not be insured by this policy.

   We may require that you submit to us a notarized statement of loss. That statement must be submitted within 90 days of our request that you do so. You may be required to show us the damaged property and submit to examination under oath. You will be required to cooperate with us in our effort to investigate the accident or loss, settle any claims against you and defend you. If you fail to cooperate, we have the right to deny you coverage in this policy.

   You may not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expenses other than First Aid Expenses to others or Emergency Repairs After Loss.

   We will make settlement within 30 days after we receive an acceptable proof of loss from you and the amount of loss is determined as provided in this policy.

5. **Appraisals.** If you and we fail to agree on the amount of the loss, then both you and we have the right to select a competent and disinterested appraiser within 20 days from the day of disagreement. The appraisers will determine the amount of the loss. If they do not agree, then the appraisers will choose an umpire. Then each appraiser will submit his amount of the loss to the umpire selected by them or by a

court having jurisdiction if the appraisers cannot agree upon an umpire. The agreement of any two will determine the amount of loss for damage to your property. You pay your appraiser and we pay our appraiser. You and we share equally the expenses of the umpire and all other expenses of the appraisals.

In no event will an appraisal be used for the purpose of interpreting any policy provision, determining causation or determining whether any item or loss is insured by this policy. If there is an appraisal, we still retain the right to deny the claim.

6. **Other Insurance.**

   a. SECTION I — Your Property Coverages

      If both this and other insurance apply to a loss, we will pay our share. Our share will be the proportionate amount that this insurance bears to the total amount of all applicable insurance.

   b. SECTION II — Your Liability Coverages

      This insurance is excess over other valid insurance except insurance written specifically to insure excess over the limits that apply in this policy.

   c. SECTION I - Your Property Coverages

      SECTION II - Your Liability Coverages

      If at the time of loss or accident, there is other insurance in the name of a corporation or association of property owners insuring the same property insured by this policy, this insurance will be excess over the amount recoverable under such other insurance.

7. **Our Right to Recover From Others.** After we have paid a claim, except for Medical Payments To Others, we have the right to recover the payment from anyone who may be held responsible for the loss. You may waive your rights to recover against another person for loss involving the property insured by this policy. This waiver must be in writing prior to the date of loss.

8. **Legal Action Against Us.** You may not bring legal action against us concerning this policy unless you have fully complied with all of the policy terms. If you and we have failed to agree on the amount of the loss, then you may not bring legal action against us until you have submitted and resolved that dispute through appraisal as described in Condition 5. Suit must be brought within one year after the loss occurs.

9. **Mortgagee.** An insured loss will be payable to the mortgagee(s) named on the Declarations Page, to the extent of their interest and in their order of precedence. All provisions of this policy apply to these mortgagees.

We will protect the mortgagee's interest in an insured building or structure in the event of an

increase in hazard, intentional or criminal acts of any of you, neglect by any of you to take all reasonable steps to save and preserve property after an insured loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions.

The mortgagee will:

a. Furnish proof of loss within 60 days after notice of the loss if any of you fail to do so.

b. Pay upon demand any premium due if any of you fail to do so.

c. Notify us of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge.

d. Give us the mortgagee's right of recovery against any party liable for loss.

e. After a loss, and at our option, permit us to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision will apply to any trustee named in this policy.

10. **Changes in Your Policy.** If any provision of this policy is in conflict with any governmental requirements at the time your policy is written, it is automatically changed to conform to them.

If we broaden the coverages provided by this edition of the policy without additional premium charges during the Policy Period, we will give you the benefit of these broadened coverages.

The only other way this policy can be changed is if we change it in writing, which will be made a part of this policy. Any change in your premium will be made at this time.

If your policy is renewed, we will furnish you any form revisions applicable to your policy.

11. **Bankruptcy.** If you become bankrupt or insolvent, we will still insure you for the period of time your premium is paid.

12. **Transfer of This Policy.** You may not transfer any interest in this policy without our written consent. If you die, this policy will continue in force for the remainder of the Policy Period shown on the Declarations Page. This policy will continue for other members of your family entitled to coverage at the time of your death or for your legal representative, but only with respect to the property insured by this policy at the time of death.

13. **Abandoned Property.** We are not obliged to accept abandoned property.

14. **No Benefit to Bailee.** This insurance will not benefit any person or organization who may be caring for or handling your property for a fee.

15. **Inspections and Consumer Reports.** We are permitted, but not obligated, to inspect your property and/or order consumer reports. Our inspection does not warrant that the property is safe or healthful or in compliance

with any law, rule, regulation, or building code.

16. **Your Duties to Maintain Policy Amounts of Insurance.** It is your responsibility to maintain adequate amounts of insurance on your dwelling, other structures and personal property.

If you want to change the amounts of insurance, you may do so by contacting your insurance representative.

This policy is signed at the Home Office by our President and Secretary. It is countersigned on the Declarations Page by our authorized representative(s) if required.

S. J. BOSHOVEN
President

MARTIN R. BROWN
Secretary

